IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACQUELINE M. GARVEY,

    Plaintiff,

v.                                CASE NO. 1:07-cv-00021-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 25, Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, filed by Plaintiff Jacqueline Garvey. Plaintiff states that Defendant does not object to the award of attorney fees. Accordingly, the motion is granted, and fees in the amount of $3,112.55 are hereby awarded to the Plaintiff.

    **DONE AND ORDERED** this <u>*14th*</u> day of March, 2008

                          *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge